# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **CORRIONNE LAWRENCE**,<br><br>    *Plaintiff*,<br><br>vs.<br><br>**CUYAHOGA COUNTY**, *et al.*<br><br>    *Defendants.* | Case No. 1:19-cv-02411<br><br>Judge James S. Gwin<br><br>Magistrate Judge David A. Ruiz |
| **PLAINTIFF'S PRELIMINARY ESTIMATE OF FEES AND EXPENSES** ||

Per the Court's order, Doc. No. 7, Plaintiff submits the following preliminary budget projections. This estimate is approximate and anticipates mutual cooperation in discovery. These estimates do not include the costs of any appellate work, including any interlocutory appeals. This preliminary estimate does not factor in the bifurcation of proceedings that Defendants have expressed that they intend to request, which would also necessarily increase the anticipated fees and costs by multiplying and delaying these proceedings.

| **Attorneys' Fees** | | **Costs** | |
|---|---:|---|---:|
| Preliminary fact investigation and filing complaint | $75,000 | Depositions | $100,000 |
| Procedural motions practice | $55,000 | Experts | $50,000 |
| Discovery | $200,000 | Witness Fees | $2,000 |
| Expert development | $30,000 | ESI vendor | $20,000 |
| Dispositive motions practice | $150,000 | Travel expenses | $2,000 |
| Settlement negotiations | $15,000 | Other | $5,000 |
| Trial (including preparation) | $250,000 | | |
| *Estimated fees total* | $775,000 | *Estimated costs total* | $179,000 |
| | | *Combined estimate* | $954,000 |

Page 1 of 2

Dated: December 11, 2019          Respectfully submitted,

                                          THE CHANDRA LAW FIRM LLC

                                          */s/Ashlie Case Sletvold*
                                          Ashlie Case Sletvold (0079477)
                                          Subodh Chandra (0069233)
                                          Brian Bardwell (0098423)
                                          The Chandra Law Building
                                          1265 W. 6th St., Ste. 400
                                          Cleveland, OH 44113
                                          216.578.1700 Phone
                                          216.578.1800 Fax
                                          Ashlie.Sletvold@ChandraLaw.com
                                          Subodh.Chandra@ChandraLaw.com
                                          Brian.Bardwell@ChandraLaw.com

                                          *Attorneys for Plaintiff Corrionne Lawrence*