# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CORRIONNE LAWRENCE**, <br><br> *Plaintiff*, <br><br> vs. <br><br> **CUYAHOGA COUNTY**, *et al.* <br><br> *Defendants.* | Case No. 1:19-cv-02411 <br><br> Judge James S. Gwin <br><br> Magistrate Judge David A. Ruiz |
| **STIPULATED NOTICE OF DISMISSAL UNDER CIV. R. 41(a)(1)(A)(ii)** ||

The matter having been settled, Plaintiff respectfully dismisses this matter against all Defendants, with prejudice, each party to bear its own costs.

Dated: March 19, 2020

Respectfully submitted,

*/s/Ashlie Case Sletvold*
Ashlie Case Sletvold (0079477)
Subodh Chandra (0069233)
Brian Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Ste. 400
Cleveland, OH 44113
216.578.1700 Phone
216.578.1800 Fax
Ashlie.Sletvold@ChandraLaw.com
Subodh.Chandra@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Counsel for Plaintiff*

*/s/Brendan D. Healy [per consent]*
Brendan D. Healy (0081225)
216.443-6447
bhealy@prosecutor.cuyahogacounty.us
Michael J. Stewart (0082257)
216.443.6673
mjstewart@prosecutor.cuyahogacounty.us
CUYAHOGA COUNTY
PROSECUTOR'S OFFICE
The Justice Center, Court Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113

*Counsel for Defendants*